IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SEMETRIS WARREN,<br><br>      Plaintiff,<br><br>v.<br><br>SUMMIT AT THE MALL<br>SHOPPING CENTER LLC<br>AND BIG LOTS STORES, INC.,<br><br>      Defendants. | Civil Action<br>File No.:   5:22-cv-202 |

**DEFENDANTS' SUMMIT AT THE MALL SHOPPING CENTER LLC
AND BIG LOTS STORES, INC.'S PETITION FOR REMOVAL**

TO: The Honorable Judges of the United States District Court for the Middle District of Georgia, Macon Division

COME NOW, Summit At The Mall Shopping Center LLC and Big Lots Stores, Inc., by and through its undersigned counsel, and files their Petition for Removal and respectfully show this Court the following:

1.      Summit and Big Lots are named defendants in a civil action brought against it in the State Court of Bibb County, State of Georgia, in this District and Division, the same being entitled Semetris Warren v. Summit At The Mall Shopping Center LLC and Big Lots Stores, Inc.  Civil Action File No. 22-SCCV-094131.

2.      Summit At The Mall Shopping Center LLC was substituted into the matter for the improper party Summit Macon Equities LLC. (Exhibit "A"). Subsequently, Summit Macon was dismissed from the suit with prejudice.

3.      The Summons and Complaint in original action were filed in the State Court of Bibb County on April 19, 2022, as were first received by Summit Macon and Big Lots, by service through Summit Macon's and Big Lot's registered agents on April 21, 2022. (Exhibit "B")

4.      The Amended Summons and Complaint were filed in the State Court of Bibb County on June 2, 2022. (Exhibit "C").

5.      Plaintiffs are and, at all times relevant, were residents of Bibb County and are citizens of the State of Georgia.

6.       Summit is now, was at the commencement of this suit, and at all times since been a corporation organized and existing under the laws of Delaware having its principal place of business in New York.

          Big Lots Stores, Inc. is now, was at the commencement of this suit, and at all times since been a corporation organized and existing under the laws of Delaware and having its principal place of business in Ohio.

7.      Plaintiff is a citizen of Georgia. Therefore, the action described above is a civil action with a claim of which this Court has original jurisdiction, and it is one that may be removed to this Court by Defendant pursuant to the provisions of 28 U. S.

C. §§ 1332, 1367, and 1441 et seq., in that there is complete diversity among the parties and the Defendant is not a resident of the State of Georgia, the Parties are not residents of the same state, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

8.    Plaintiff's Complaint alleges an item fell from a shelf display on April 20, 2020. Plaintiff is seeking damages for pain and suffering and medical bills.

9.    Plaintiff alleges special damages in the amount of $128,551.95 in the Complaint. Thus, Plaintiff's alleged damages exceed the jurisdictional sum of greater than $75,000, exclusive of interests and costs.

10.    This action is a civil action of which this Court has original jurisdiction under the provisions of Title 28 of the United States Code §1332(a) and accordingly, is one which may be removed to this Court by Defendant pursuant to the provisions of Title 28 of the United States Code §1441, in that it is a civil action in which the matter in controversy exceeds the sum of $75,000.00 exclusive of interests and costs and is between citizens of different states.

11.    At the time of the original filing, the parties were not diverse and did not satisfy the requirements for removal; however, upon the filing of the amended complaint reflecting the appropriate defendant party, Summit At The Mall Shopping Center LLC, diversity jurisdiction exists and removal to this Court is appropriate. Title 28 of the United States Code § 1132 (a) and §1441.

12.    Summit and Big Lots have attached a copy of their Notice of Removal, which had been submitted for filing to the State Court of Bibb County, Georgia marked as Exhibit "D." to the original Petition for Removal.

13.   This action is currently pending in the State Court of Bibb County, Macon, Georgia, which is within the jurisdiction of the Middle District of Georgia, Macon Division. 28 U.S.C.A. § 1446(a).

WHEREFORE the Defendants pray the above action be removed to this Court's jurisdiction.


This 3rd day of June, 2022.

                              Chartwell Law
                              Attorneys for Summit At The Mall Shopping
                              Center LLC
                              Big Lots Stores, Inc.


                         By:    */s/ Robert A. Luskin*
                              ROBERT A. LUSKIN
                              GA State Bar No.  004383
                              rluskin@chartwelllaw.com
                              DANIELLE N. GLOVER
                              GA State Bar No. 650569
                              dglover@chartwelllaw.com
                              5051 Peachtree Corners Circle, Unit 200
                              Norcross, GA 30092
                              (404) 410-1151 Phone
                              (850) 668-7972 Fax

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

SEMETRIS WARREN,

    Plaintiff,

v.

SUMMIT AT THE MALL
SHOPPING CENTER LLC
AND BIG LOTS STORES, INC.,

    Defendants.

Civil Action
File No.:   5:22-cv-202

## CERTIFICATE OF COMPLIANCE

The foregoing document is double spaced in 14-point Times New Roman font and complies with the type-volume limitation set forth in Local Rule 5.4.

*/s/ Robert A. Luskin*
ROBERT A. LUSKIN
GA State Bar No.  004383
rluskin@chartwelllaw.com
5051 Peachtree Corners Circle, Unit 200
Norcross, GA 30092
(404) 410-1151 Phone
(850) 668-7972 Fax

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

SEMETRIS WARREN,

      Plaintiff,

v.

SUMMIT AT THE MALL
SHOPPING CCENTER LLC
AND BIG LOTS STORES, INC.,

      Defendants.

Civil Action
File No.:   5:22-cv-202

## CERTIFICATE OF SERVICE

      This is to certify that I electronically filed this  with the Clerk of Court using the

CM/ECF system which will automatically send e-mail notification of such filing to the

following attorneys of record:

Samuel F. Hart, Jr., Esq.
Dozier Law Firm, LLC.
P.O. Box 13
487 Cherry Street
Macon, GA  31201-3312

This 3rd day of June, 2022.

*/s/ Robert A. Luskin*
ROBERT A. LUSKIN
GA State Bar No.  004383
rluskin@chartwelllaw.com
5051 Peachtree Corners Circle, Unit 200
Norcross, GA 30092
(404) 410-1151 Phone
(850) 668-7972 Fax