# STATE COURT OF BIBB COUNTY
# STATE OF GEORGIA

CIVIL ACTION NUMBER 22-SCCV-094131

Warren, Semetris Ms.

**PLAINTIFF**

VS.

Summit Macon Equities LLC
Big Lot Stores Inc

**DEFENDANTS**

## SUMMONS

TO: BIG LOT STORES INC

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**Samuel Hart**
**DOZIER LAW FIRM, LLC**
**487 Cherry Street**
**Macon, Georgia 31201**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 19th day of April, 2022.**

Clerk of State Court

_____
Patricia M. Graves, Clerk of State Court
Bibb County, Georgia

## General Civil and Domestic Relations Case Filing Information Form

☐ Superior or ☑ State Court of  Bibb  County

EFILED IN OFFICE
CLERK OF STATE COURT
BIBB COUNTY, GEORGIA

22-SCCV-094131
JBH
APR 19, 2022 11:26 AM

Patricia M. Graves, Clerk of State Court
Bibb County, Georgia

**For Clerk Use Only**

Date Filed  04-19-2022
MM-DD-YYYY

Case Number  22-SCCV-094131

### Plaintiff(s)
Warren, Semetris Ms.
Last | First | Middle I. | Suffix | Prefix

### Defendant(s)
Summit Macon Equities LLC
Big Lot Stores Inc
Last | First | Middle I. | Suffix | Prefix

**Plaintiff's Attorney**  Hart, Samuel    **Bar Number**  333402    Self-Represented ☐

**Check one case type and, if applicable, one sub-type in one box.**

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Garnishment
- ☑ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____    _____
Case Number                Case Number

☑ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.20

≡ EFILED IN OFFICE
CLERK OF STATE COURT
BIBB COUNTY, GEORGIA

**22-SCCV-094131**
JBH
APR 19, 2022 11:26 AM

Patricia M. Graves, Clerk of State Court
Bibb County, Georgia

IN THE STATE COURT OF BIBB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| SEMETRIS WARREN,<br><br>Plaintiff<br><br>Vs.<br><br>SUMMIT MACON EQUITIES, LLC, BIG LOTS STORES, INC. and John Does Nos. 1-10,<br><br>Defendants. | CIVIL ACTION NO.: |

## COMPLAINT FOR DAMAGES

COMES NOW, SEMETRIS WARREN, Plaintiff in the above-styled case, and files this complaint against the Defendants, showing the court as follows:

**1.**

Plaintiff Semetris Warren, is an individual and is now, and at all times mentioned in this complaint was, a resident of Bibb County, Georgia.

**2.**

The Defendant Summit Macon Equities, LLC is a domestic limited liability company formed in Georgia in 2007 and licensed to conduct business in the State of Georgia which maintains its principal office address in New York, New York and has a registered agent in Fulton County, Georgia, thereby subjecting it to the venue and jurisdiction of this Court.

**3.**

The Defendant Big Lots Stores, Inc. is a foreign for profit limited liability company licensed to conduct business in the State of Georgia which maintains its principal office address

1

in Columbus, Ohio and has a registered agent in Gwinnett County, Georgia, thereby subjecting it to the venue and jurisdiction of this Court.

**4.**

The Defendant John Does Nos. 1-10, at times relevant to this Complaint for Damages, was and is an employee and/or agent of the aforementioned Defendants, subjecting him to the jurisdiction and venue of this Court as a joint tortfeasor.

**5.**

Defendants owned and/or operated the Big Lots Store ("premises") located at 3755 Bloomfield Rd, Macon, GA 31206 on April 20, 2020.

**6.**

On or about April 20, 2020, Plaintiff was on the subject premises as an invitee. After entering the store, Plaintiff suddenly and without warning was severely injured when furniture fell from a high shelf onto her person due to the negligence of Defendants causing Plaintiff to sustain serious injuries and damages.

**7.**

The Defendant John Does Nos. 1-10, an employee and/or agent of Defendants, was negligent as pled in paragraph 6 by failing to provide sufficient warning of the subject dangerous furniture display, by failing to inspect and discover the dangerous improperly mounted furniture, by failing to remove the hazardous conditions that could result in an accident.

**8.**

Defendants were negligent as pled in paragraph 6 by failing to provide sufficient warning of the subject dangerous improperly mounted furniture, by failing to inspect and discover the dangerous improperly mounted furniture, by failing to remove the dangerous improperly

mounted furniture, by failing to use ordinary care in preventing hazardous conditions that could result in a slip and/or fall, and by hiring and retaining an unsafe employee(s), to wit: Defendant John Does Nos. 1-10.

9.

As further direct and proximate result of the negligence of the Defendants as set forth above, Plaintiff sustained serious injuries, pain and suffering and damages in excess of $128,551.95.

WHEREFORE, Plaintiff demands judgment against Defendants, for the following:

(a.) That summons issue and that a copy thereof together with a copy of this Complaint be served on Defendants;

(b.) That Plaintiff be granted a trial by jury;

(c.) That Plaintiff recover from Defendants general damages for pain and suffering and special damages for past and future medical expenses, and punitive damages to deter similar acts of negligence in the future;

(d.) That Plaintiff recover from Defendants attorney's fees for having to bring this action; and

(e.) That Plaintiff has such other and further relief, as this Court may deem equitable and just.

This 19th day of April, 2022.

SAMUEL F. HART, JR.
State Bar No. 333402
**Attorney for Defendant**

Dozier Law Firm, LLC
P. O. Box 13
487 Cherry Street
Macon GA 31201-3312
Phone: 478-742-8441
Fax: 478-745-9097
Email: sam@dozierlaw.com

4