IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SEMETRIS WARREN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:22-cv-202 (MTT) |
| | ) |
| BIG LOTS STORES, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff Semetris Warren and defendant Summit at the Mall Shopping Center LLC jointly move to dismiss Summit pursuant to Federal Rule of Civil Procedure 41. Doc. 8. A plaintiff may dismiss a complaint, without order of the court, "by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R .Civ. P. 41(a)(1)(A)(i). Here, Summit has neither filed an answer nor moved for summary judgment. Thus, Warren may dismiss Summit as a matter of right and that defendant is hereby terminated from this action.

**SO ORDERED**, this 26th day of July, 2022.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT