IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SEMETRIS WARREN,<br><br>  Plaintiff,<br><br>v.<br><br>BIG LOTS STORES, INC. and JOHN DOES NOS. 1-10,<br><br>  Defendants. | Civil Action<br>File No.: 5:22-CV-202 (MTT) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

It is hereby stipulated and agreed by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed with prejudice against all Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). This dismissal includes all claims stated herein against all parties, with each party to bear its own attorney's fees and costs.

This 15th day of August, 2024.

By: /s/Robert A. Luskin
Robert A. Luskin
GA State Bar No.: 004383
rluskin@chartwelllaw.com
Robert E. Noble, III
GA State Bar No: 261331
rnoble@chartwelllaw.com
Lindsay C. Lee

Georgia Bar No. 275722
llee@chartwelllaw.com
Chartwell Law
3200 Cobb Galleria Pkwy
Suite 250
Atlanta, GA 30339
(404) 410-1151 Phone
(850) 668-7972 Fax

Consented to by:   */s/ Samuel F. Hart, Jr.*
Samuel F. Hart, Jr.
GA State Bar No.: 333402
sam@dozierlaw.com
Dozier Law Firm, LLC
P.O. Box 13
Macon, GA 31201
Phone: 478-742-8441
Fax: 478-745-9097

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SEMETRIS WARREN, <br><br> Plaintiff, <br><br> v. <br><br> BIG LOTS STORES, INC. and JOHN DOES NOS. 1-10, <br><br> Defendants. | Civil Action <br> File No.: 5:22-CV-202 (MTT) |

## CERTIFICATE OF SERVICE

This is to certify that on this date I electronically filed this Certificate of Service for ***STIPULATION OF DISMISSAL WITH PREJUDICE*** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Samuel F. Hart, Jr.
Dozier Law Firm, LLC
P. O. Box 13
Macon GA 31201-3312
sam@dozierlaw.com

This 15th day of August, 2024.

*/s/Robert E. Noble*
Robert E. NOBLE III
GA State Bar No: 261331
Chartwell Law
3200 Cobb Galleria Pkwy
Suite 250
Atlanta, GA 30339

(404) 410-1151 Phone
(850) 668-7972 Fax